ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 • Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

CALIFORNIA LEMON LAW CENTER, INC.
LUCY KASPARIAN, State Bar No. 228932
136 N. Glendale Ave.
Glendale, California 91206
Tel: (818) 547-5777 • Fax: (818) 547-9777
E-mail: lucy@cllclaw.com

Attorneys for Plaintiff Angela Boyadgayan Sawakji

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ANGELA BOYADGAYAN SAWAKJI,<br><br>Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendant. | Case No. SA CV 08-00377 CJC (MLGx)<br><br>HON. CORMAC J. CARNEY<br>Courtroom 9B<br><br>[PROPOSED] ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Complaint Filed: April 8, 2008<br>Trial Date: July 14, 2009 |

The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

DATED: May 26, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE